UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DOUGLAS RYLAND,                )
                               )
        Plaintiff,             )
                               )
   v.                          )   No. 4:12-CV-1008 CAS
                               )
ST. LOUIS CHILDREN'S HOSPITAL, )
                               )
        Defendant.             )

## ORDER TO SHOW CAUSE

This matter was originally referred to Alternative Dispute Resolution by Order dated February 4, 2013. The referral was extended on several occasions on motion of the parties. On March 27, 2013, lead counsel, Jill A. Silverstein, filed a Designation of Neutral form, in which she represented that the parties had selected Ronald G. Weisenthal as a neutral, and that a mediation conference would take place on May 2, 2013. On May 22, 2013, Mr. Wiesenthal filed with the Court his ADR Compliance Report, in which he stated that although this case was referred to ADR, a conference was not held. It appears from the record that the parties have failed to comply with the Court's Order Referring Case to Alternative Dispute Resolution, in that the parties did not attend mediation as ordered by the Court. Accordingly,

**IT IS HEREBY ORDERED** that on or before June 10, 2013, the parties shall show cause, in writing, as to why this Court should not impose monetary sanctions against the parties and/or counsel for their failure to comply with the Court's order referring the case to alternative dispute resolution. The parties may file their written responses jointly or separately. **The parties' failure to respond to the Court's order to show cause will result in the imposition of monetary sanctions against counsel.**

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   3rd   day of June, 2013.